AO 245D-CAED (Rev. 8/01) Sheet 1 - Judgment in a Criminal Case for Revocation

RECEIVED
UNITED STATES MARSHAL

07 JUL 13 PM 12: 33

EASTERN DISTRICT
OF CALIFORNIA

# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

## JOAQUIN ORTEGA

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:01CR00429-01**

Rodrigo Mayorga, Appointed
Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of charge(s) 1, 2 and 3 ____ as alleged in the superseding violation petition filed on 4-2-07 ____.

[  ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on _____.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Participate in a Program of Drug Testing as Directed by the Probation Officer | August 3, 4, 20, 23, September 10, December 4, 5 and 14, 2006 |
| 2 | Irregular Submission of Monthly Report Forms | February 2006 through September 2006 |
| 3 | Failure to Notify Probation Officer Ten Days Prior to Changing Residence | March 15, 2007 |

The court: [✔] revokes: [] modifies: [] continues under same conditions of supervision heretofore ordered on 3-28-2002 ____.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Charge(s)  in the petitions filed 1-9-2007 and 3-22-2007  is/are dismissed, without objection by the Government.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

May 21, 2007
Date of Imposition of Judgment

Signature of Judicial Officer

**William B. Shubb, United States District Judge**
Name & Title of Judicial Officer

May 25, 2007
Date

# FILED

**JUL 1 6 2007**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

CASE NUMBER:      2:01CR00429-01                                  Judgment - Page 2 of 2
DEFENDANT:        JOAQUIN ORTEGA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of four (4) months.  Defendant shall be given credit for time served since the date of his arrest on the petition.

[  ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _____ on _____.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __7/10/07__ to __Rccc__

at __0823 Hrs.__ , with a certified copy of this judgment.

                                    UNITED STATES MARSHAL

                                    By _____
                                        Deputy U.S. Marshal
                                        SSD  SRO -1